UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

ABDULLAH BROWN, ET AL., :
     Plaintiffs :
:
 v. : CIVIL NO.4:CV-06-199
:
: (Judge McClure)
WARDEN K. HOGSTEN, ET AL., :
     Defendants :

## ORDER

November 29, 2006

**BACKGROUND:**

This pro se civil rights action was filed by Abdullah Brown, Leonard Sykes, Anthony Roberts, Timothy Haywood, Dennis Carter and Joseph Monroe, regarding their confinement at the Allenwood Federal Correctional Institution, White Deer, Pennsylvania ("FCI-Allenwood").[1]  Service of the original complaint was previously ordered.

Plaintiffs' motion requesting leave to submit an amended complaint was granted on August 16, 2006.  The Order accepted the Plaintiffs' accompanying proposed amended complaint (Record document no. 47).  Presently pending is

---

[1] Haywood is no longer confined at FCI-Allenwood.

Plaintiff Brown's motion seeking permission to submit a second amended complaint. See Record document no. 56. Brown's motion is not signed by the other Plaintiffs. Second, the moving Plaintiff has not submitted a brief in support of his motion. Consequently, it is appropriate to deem the motion as being withdrawn. See M.D. Pa Local Rule 7.5.[2] Furthermore, Plaintiff Brown's request for entry of default judgment (Record document no. 66) will be denied.

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff Brown's motion (Record document no. 56) to file a second amended complaint is DENIED.

2. A response to the Amended Complaint shall be filed by January 5, 2007.

3. Plaintiff Brown's request for entry of default judgment (Record document no. 66) is DENIED.

s/James F. McClure, Jr.
JAMES F. McCLURE, JR.
United States District Judge

---

[2] A proposed second amended complaint which accompanies the motion has not been signed by the other Plaintiffs.